IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| James Moerch | : | |
| | : | Case No. 3:16-cv-00157 |
| Plaintiff(s), | : | |
| | : | District Judge  Walter H. Rice |
| vs. | : | Magistrate Judge  Michael R. Merz |
| | : | |
| The Prudential Insurance Company of America | : | |
| | : | |
| Defendant(s). | : | |
| | : | |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO FILE THE ADMINISTRATIVE RECORD UNDER SEAL

For good cause shown, IT IS HEREBY ORDERED that the parties' joint request to file the administrative record under seal is GRANTED.

Dated: August 11, 2016

_____
U.S. District Judge Walter H. Rice

28451157v.1